IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY A. SCHAEFFER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-CV-2794 |
| PREMIUM BEVERAGE PACKERS, INC. | : | |

## ORDER

AND NOW, this 3rd day of December, 2002, your consideration of Defendant's Motion to Dismiss (Doc. No 3) and Plaintiff's response in opposition thereto, it is ORDERED that the said motion be and the same is hereby DENIED. Defendant shall file an answer to Plaintiff's complaint within twenty (20) days of the date hereof.

AND IT IS SO ORDERED

BY THE COURT:

_____

R. Barclay Surrick, Judge